**LAKE TAPAWINGO DEVELOPMENT COMPANY, INC., et al.,**
**Respondents,**

v.

**Steve BETH, et al., Appellants.**

No. WD 64664.

Missouri Court of Appeals, Western District.

Feb. 7, 2006.

Bradley A. Constance, Independence, MO, for appellants.

Jason K. Rew, Blue Springs, MO, for respondents.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Steve and Tamera Beth appeal the judgment of the trial court ordering them to remove one of their two boat docks in accordance with the rules and regulations of Lake Tapawingo, entered upon a petition for declaratory judgment filed by Lake Tapawingo Development Company, Inc., and Lake Tapawingo Country Club. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).